**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1813**

FENYANG AJAMU STEWART,

Plaintiff - Appellant,

v.

UNIVERSITY OF NORTH CAROLINA SYSTEM; NORTH CAROLINA AGRICULTURAL & TECHNICAL STATE UNIVERSITY; NATIONAL INSTITUTE OF AEROSPACE ASSOCIATES, INC.; WILLIAM EDMONSON, NIA Distinguished Langley Professor, Full Professor, North Carolina A&T State University; JOHN KELLY, Chairman; ELECTRIC AND COMPUTER ENGINEERING DEPARTMENT   NORTH CAROLINA A & T STATE UNIVERSITY; CATHY HOPKINS, Human Resources Director, National Institute of Aerospace,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, District Judge.  (1:15-cv-01487-AJT-JFA)

Submitted:  May 31, 2018                    Decided:  June 11, 2018

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fenyang Ajamu Stewart, Appellant Pro Se. Eve Grandis Campbell, Laura K. Musick, O'HAGAN MEYER PLLC, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fenyang Ajamu Stewart appeals the district court's order dismissing the remainder of his amended complaint for failure to state a claim. *See Stewart v. Univ. of N.C. Sys.*, 673 F. App'x 269, 270-72 (4th Cir. 2016) (No. 16-1552). We have reviewed the record and find no reversible error. Accordingly, we deny Stewart's motion to strike and affirm substantially for the reasons stated by the district court. *Stewart v. Univ. of N.C. Sys.*, No. 1:15-cv-01487-AJT-JFA (E.D. Va. June 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

3